# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>            Petitioner,<br>vs.<br>RODERICK Q. HICKMAN, Secretary<br><br>            Respondent. | CASE NO. 05cv1823 JM(JMA)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having carefully considered Magistrate Judge Adler's thorough and thoughtful Report and Recommendation ("R & R") regarding the dismissal of the petition for writ of habeas corpus as time barred, the denial of Petitioner's motion to hold the petition in abeyance, and the denial of the motion for appointment of counsel; the record before the court; the absence of any objections to the R & R; and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is dismissed. All pending motions are denied as moot. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: September 22, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

05cv1823